969 A.2d 1183

Seth H. STEINMAN, Petitioner

v.

Lisette SHIRDAN–HARRIS, Judge, Respondent.

No. 27 EM 2009.

Supreme Court of Pennsylvania.

April 23, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of April, 2009, the Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus is **DENIED.** The judge's name is to be stricken from the caption.